UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KENNETH KELLEY #729470,

    Plaintiff,

File no: 2:21-cv-27

v.

HON. ROBERT J. JONKER

UNKNOWN FORD,

    Defendant.
_____/

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on December 29, 2022 (ECF No. 63). The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 63) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Ford's motion for summary judgment (ECF No. 52) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff Kelley's motions for summary judgment (ECF Nos. 50, 51) are **DENIED**.

**IT IS FURTHER ORDERED** that this matter is **TERMINATED**.

**IT IS FURTHER ORDERED** that Plaintiff is denied a certificate of appealability.

The Court discerns no good-faith basis for appeal of this matter. *See McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997); 28 U.S.C. § 1915(a)(3).

Dated:   January 23, 2023        /s/ Robert J. Jonker
                                               ROBERT J. JONKER
                                               UNITED STATES DISTRICT JUDGE